COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Oscar Axcel Duron v. The State of Texas

Appellate case number:    01-18-00376-CR

Trial court case number:    1507865

Trial court:                        176th District Court of Harris County

We previously abated this appeal and remanded the case to the trial court to determine whether new counsel should be appointed to represent appellant on appeal. On March 11, 2019, the trial court appointed Abbie L. Russell to represent appellant. We then reinstated the case on the Court's active docket and directed counsel to file (1) an amended brief on appellant's behalf or (2) a motion to adopt the "Analysis of the Appellate Record in Accordance with *Anders v. California*," filed in this appeal on January 2, 2019, along with a motion to withdraw that complied with Texas Rule of Appellate Procedure 6.5 no later than May 2, 2019. Counsel has not filed an amended brief or a motion to adopt the *Anders* brief filed on January 2, 2019.

Accordingly, if counsel does not file (1) a motion to extend time with an amended brief on appellant's behalf, (2) a motion to extend time to file an amended appellant's brief, or (3) a motion to adopt the "Analysis of the Appellate Record in Accordance with *Anders v. California*," filed in this appeal on January 2, 2019, along with a motion to withdraw that complies with Texas Rule of Appellate Procedure 6.5 within **10 days of the date of this order**, this Court must order the trial court to immediately conduct a hearing on the record to determine whether appellant desires to prosecute his appeal, whether appellant is indigent, or, if not indigent, whether counsel has abandoned the appeal, and to make appropriate findings and recommendations. TEX. R. APP. P. 38.8(b)(2).

It is so ORDERED.

Judge's signature: /s/ Julie Countiss_____
                                ☑ Acting individually      ☐ Acting for the Court

Date:   ___June 4, 2019__

1